

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00083-CR
_____


GARLAND EARL HAWKINS, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 124th Judicial District Court
Gregg County, Texas
Trial Court No. 36,165-B


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

A jury convicted Garland Earl Hawkins of driving while intoxicated, subsequent offense, and assessed punishment at three years' imprisonment. Hawkins filed his notice of appeal April 18, 2008.

This Court has now been informed that Hawkins has died.

The death of an appellant during the pendency of his or her appeal deprives this Court of jurisdiction. TEX. R. APP. P. 7.1(a)(2); *Whitmire v. State,* 943 S.W.2d 894 (Tex. Crim. App. 1997); *Rheinlander v. State,* 918 S.W.2d 527, 528 (Tex. Crim. App. 1996). Accordingly, this appeal is permanently abated.

Bailey C. Moseley
Justice

Date Submitted:     July 2, 2008
Date Decided:       July 3, 2008

Do Not Publish